IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TOM SORENSEN, individually and on behalf all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>TURNER BROADCASTING SYSTEM, INC. d/b/a BLEACHER REPORT, INC.,<br><br>*Defendant*. | No. 1:22-cv-05522<br><br>Judge: Hon. Jorge L. Alonso<br><br>Magistrate Judge: Hon. Heather K. McShain |

## **VOLUNTARY DISMISSAL OF PLAINTIFF'S COMPLAINT**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Tom Sorensen, by and through his attorney, hereby requests to voluntarily dismiss Plaintiff's Complaint with prejudice. No Answer or Motion for Summary Judgement has been served by the opposing party.

Date:  February 23, 2023

Respectfully Submitted,

*/s/ Ryan F. Stephan*
Ryan F. Stephan
James B. Zouras
Mohammed A. Rathur
**STEPHAN ZOURAS, LLP**
100 N. Riverside Plaza, Suite 2150
Chicago, Illinois 60606
312.233.1550
312.233.1560 *f*
rstephan@stephanzouras.com
jzouras@stephanzouras.com
mrathur@stephanzouras.com

1

Brandon M. Wise – IL Bar # 6319580
**PEIFFER WOLF CARR**
**KANE CONWAY & WISE, LLP**
73 W. Monroe, 5th Floor
Chicago, IL 60604
T: 312-444-0734

**ATTORNEYS FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on February 23, 2023, he electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Northern District of Illinois by using the CM/ECF system, which sent notification of such filing to all CM/ECF participants.

<u>/s/ Ryan F. Stephan</u>