IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TOM SORENSEN, individually and on behalf all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>TURNER BROADCASTING SYSTEM, INC. d/b/a BLEACHER REPORT, INC.,<br><br>*Defendant*. | No. 1:22-cv-05522<br><br>Judge: Hon. Jorge L. Alonso<br><br>Magistrate Judge: Hon. Heather K. McShain |

### MOTION TO WITHDRAW VOLUNTARY DISMISSAL WITH PREJUDICE

On February 23, 2023, Plaintiff filed a motion for voluntary dismissal of his Complaint under Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, and inadvertently sought dismissal <u>with</u> prejudice. (Dkt. 33). No dismissal order has been entered as to Plaintiff's motion.

Plaintiff respectfully requests that his motion for voluntary dismissal (Dkt. 33) be withdrawn, so that Plaintiff may file a corrected motion for voluntary dismissal <u>without</u> prejudice.

Date: February 24, 2023

Respectfully Submitted,

*/s/ Ryan F. Stephan*
Ryan F. Stephan
James B. Zouras
Mohammed A. Rathur
**STEPHAN ZOURAS, LLP**
100 N. Riverside Plaza, Suite 2150
Chicago, Illinois 60606
312.233.1550
312.233.1560 *f*
rstephan@stephanzouras.com
jzouras@stephanzouras.com
mrathur@stephanzouras.com

Brandon M. Wise – IL Bar # 6319580
**PEIFFER WOLF CARR**
**KANE CONWAY & WISE, LLP**
73 W. Monroe, 5th Floor
Chicago, IL 60604
T: 312-444-0734

**ATTORNEYS FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on February 24, 2023, he electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Northern District of Illinois by using the CM/ECF system, which sent notification of such filing to all CM/ECF participants.

<u>/s/ Ryan F. Stephan</u>